## JONATHAN PIPER *vs.* JOSEPH PIPER, *Trustee of* JOHN BENNETT.

An action lies to recover a legacy charged upon land.

IN this case, it appeared from the answer of the trustee, that one *Mary Bennett*, on the 2d January, 1818, made her will, which contained the following clauses : " I give, be- " queath and devise to my son, *John Bennett*, fifty dollars, " to be paid him by my grandson, *Joseph Piper*, out of the " estate I hereinafter give him."

" I give, bequeath and devise to my grandson, *Joseph* " *Piper*, all the rest, residue or remainder of my estate which " I may have at my decease, whether real, personal or mix- " ed, out of which bequest he is to pay to my son, *John* " *Bennett*, fifty dollars, as is expressed above."

That the said *Mary* died on the 6th June, 1819 ; that the said will had been duly proved by *Samuel Sherburn*, the executor therein named ; that the said *Joseph Piper* accepted the legacy and devise aforesaid, and was in possession of the said estate by virtue of said will, and that the estate of the said *Mary* was sufficient to pay all her debts, legacies, and expenses of settling her estate.

*By the court.* The real question in this case is, whether the principal could maintain an action against the trustee to recover the legacy given to the principal in the will of *Mary Bennett;* for if he could, the trustee is chargeable ; otherwise not. It seems now to be well settled, that an action lies to recover a legacy charged upon lands. 1 *Chitty's Pl.* 91.—7 *John.* 99, *Bucker vs. Bucker.*—10 *ditto* 30, *Orders vs. Orders.*—2 *Salk.* 415, *Ewer vs. Jones.*—2 *Ld. Ray.* 936, S. C.—6 *Mod. Rep.* 26, S. C.—4 *Mass. Rep.* 634, *Tarwell vs. Jacobs.*

We are therefore of opinion, that the trustee must be charged.